IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILLIAM T. MAYS, III**                                                                                                    **PLAINTIFF**

**v.**                                **CASE NO. 5:06-CV-00218 BSM**

**CITY OF DERMOTT**                                                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE.

DATED this 7th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE